Andres F. Quintana, Esq. (SBN 190525)
John M. Houkom, Esq. (SBN 203240)
**QUINTANA LAW GROUP, APC**
26135 Mureau Road, Suite 101
Calabasas, California  91302
Telephone:   (818) 914-2100
Facsimile:   (818) 914-2101
Email: Andres@qlglaw.com
         John@qlglaw.com

Attorneys for Plaintiffs and Counter-defendants
ProMex, LLC and Yolanda Eustaquio

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PROMEX, LLC, a Florida Limited Liability Company; and YOLANDA EUSTAQUIO, an individual,<br><br>        Plaintiffs,<br><br>     v.<br><br>CLAUDIA HERNANDEZ, an individual and formerly doing business as PRODUCTOS ZAPOTOL; PRODUCTOS ZAPOTOL, CORP., a California corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | CASE NO. CV09-06439 ODW (SHx)<br><br>**JUDGMENT**<br><br>Judge: Hon. Otis D. Wright II |
| PRODUCTOS ZAPOTOL, CORP., a California corporation,<br><br>        Counterclaimant.<br><br>     v.<br><br>PROMEX, LLC, a Florida Limited Liability Company; and YOLANDA EUSTAQUIO, an individual,<br><br>        Counter-defendants, | |

Quintana Law Group, APC

1  This action was tried by the Honorable Judge Otis D. Wright II without a jury on January 11, 2011.  The Court filed its Findings of Fact and Conclusions of Law on March 2, 2011.  For all the reasons set forth therein:

IT IS ORDERED that the written agreement, entitled Mutual Release and Settlement Agreement, between Plaintiffs and Counter-defendants ProMex, LLC and Yolanda Eustaquio (collectively as the "Plaintiffs") and Defendant Claudia Hernandez, formerly doing business as Productos Zapotol and Defendant and Counterclaimant Products Zapotol Corp. (collectively as the "Defendants") was and remains a valid, binding contract.

IT IS FURTHER ORDERED that Plaintiffs have prevailed on their First Cause of Action in the Complaint for breach of written contract and shall be awarded nominal damages in the amount of $1.00.

IT IS FURTHER ORDERED that the remaining, alternative causes of action in the Complaint were thereby rendered moot.

IT IS FURTHER ORDERED that Plaintiffs have prevailed on Defendants' Counterclaim for breach of written contract.

IT IS FURTHER ORDERED that Plaintiffs may apply to recover attorney's fees from Defendants to the extent allowed by law within fifteen (15) days of entry of this Judgment.

IT IS FURTHER ORDERED that Plaintiffs shall recover their costs of suit herein to the extent allowed by law.

IT IS SO ORDERED.

Dated: March 28, 2011

_____
Honorable Otis D. Wright II
United States District Court Judge

Quintana Law Group, APC

-2-